# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1182

VERSUS

PATRICK CASSIUS MCCLENDON                    OCT 28 2019

---

In Re:   Patrick Cassius McClendon, applying for supervisory
         writs, 22nd Judicial District Court, Parish of
         Washington, No. 93-CR-54452.

---

**BEFORE:   McDONALD, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED.**

                          JMM
                          TMH
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
         FOR THE COURT